IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, ET AL <br><br>*Plaintiffs*, <br><br>vs. <br><br>MARK HAMMERVOLD, ET AL, <br><br>*Defendants*, | § § § § § § § § § § § § § | Civil Action No. 4:17-CV-452 <br> Judge Mazzant |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCERPTS OF SWORN DEPOSITION TESTIMONY GIVEN BY MARK HAMMERVOLD UNDER SEAL

In accordance with Eastern District of Texas Local Rule CV-5(a)(7), Plaintiffs Diamond Consortium, Inc. d/b/a the Diamond Doctor, et al file this Unopposed Motion for Leave to File Excerpts of sworn deposition testimony given by Mark Hammervold in Civil Action No. 4:16-cv-94, referenced in Plaintiff's Response to Motion to Proceed Pro Se, under seal. At the time that Hammervold gave the above-referenced deposition testimony his counsel designated same as "confidential". The excerpts of this deposition testimony that Plaintiffs seek to file under seal – unlike the Declaration of Mark Hammervold that was filed with this Court on August 8, 2018 – do contain personal financial information about Hammervold. Plaintiffs seek to have these deposition excerpts, and only these deposition excerpts, filed under seal. All other attachments to the above-referenced Response will not be filed under seal.

Counsel for Plaintiffs conferred with counsel for Defendants about the relief requested in this Motion on August 22, 2018, and Defendants' counsel (Varant Yegparian) advised that he is not opposed to the relief requested in this Motion.

Respectfully submitted,

**STECKLER GRESHAM COCHRAN**

 _/s/ Howard J. Klatsky_____
**Bruce W. Steckler**
Texas Bar No. 00785039
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@stecklerlaw.com
kirstinet@stecklerlaw.com

**Thomas W. Fee**
State Bar No. 06873160
**Howard J. Klatsky**
State Bar No. 00786024
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone:  972-934-9100
Facsimile:  972-934-9200
tfee@feesmith.com
hklatsky@feesmith.com

**Randy Johnston**
State Bar No. 10834400
**JOHNSTON TOBEY BARUCH, P.C**.
3308 Oak Grove Avenue
Dallas, TX 75204
Telephone: 214-741-6260
Facsimile: 214-741-6248
randy@jtlaw.com

        **Braden M. Wayne**
        State Bar No. 24075247
        **SETTLEPOU**
        3333 Lee Parkway, Eighth Floor
        Dallas, TX 75219
        Telephone: 214-520-3300
        Facsimile: 214-526-4145
        bwayne@settlepou.com

        **ATTORNEYS FOR PLAINTIFF**
        **DIAMOND CONSORTIUM, INC. and**
        **DAVID BLANK**

## CERTIFICATE OF COMPLIANCE

This is to certify that counsel of record for Plaintiffs (Howard J. Klatsky) is serving the documents to be filed under seal to opposing counsel in electronic form on August 22, 2018.

        /s/ Howard J. Klatsky_____
        **HOWARD J. KLATSKY**

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 22nd day of August, 2018, I served a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action as follows.

| *Via E-filing & Email* | *E-filing & Email* |
|---|---|
| Varant Yegparian | Bruce W. Steckler |
| **Schiffer Hicks Johnson, PLLC** | **Steckler Gresham Cochran** |
| 700 Louisiana St., Suite 2650 | 12720 Hillcrest Road- Suite 1045 |
| Houston, Texas 77002 | Dallas, Texas 75230 |
| | |
| *Via E-filing & Email* | *Via E-filing & Email* |
| Braden M. Wayne | Randy Johnston |
| **SettlePou** | **Johnston Tobey Baruch, P.C.** |
| 3333 Lee Parkway, Eighth Floor | 3308 Oak Grove Avenue |
| Dallas, Texas 75219 | Dallas, Texas 75204 |

        /s/ Howard J. Klatsky_____
        **HOWARD J. KLATSKY**