# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR | § § § § § | |
| *Plaintiffs,* | | |
| vs. | § § § § § § § § | Civil Action No. 4:17-CV-00452 |
| MARK HAMMERVOLD and HAMMERVOLD PLC. | | |
| *Defendants.* | | |

## ORDER

Having considered Defendants' Unopposed Motion for Leave to File the Supplemental Declaration of Mark Hammervold under Seal (Dkt. #35), and finding good cause therefor, the Court finds the Motion should be and is hereby GRANTED. Defendants are directed to file the sealed Supplemental Declaration of Mark Hammervold forthwith.

**IT IS SO ORDERED.**

**SIGNED** this 19th day of September, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE