IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, ET AL § § § § *Plaintiffs*, § § vs. § § MARK HAMMERVOLD, ET AL, § § § § *Defendants*, § | Civil Action No. 4:17-CV-452 Judge Mazzant |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**

The Court, having considered Plaintiffs' Unopposed Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. #88), finds the request is GRANTED. Plaintiffs' claims against Defendants Mark Hammervold and Hammervold PLC are dismissed without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED this 28th day of February, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE